**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Stoneybrook Family Dentistry** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Wholistic Dental** <br> **DBA  Stoneybrook Dental** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0730038** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **14835 West Colonial Drive** <br> **Winter Garden, FL 34787** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.drwendiw.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Stoneybrook Family Dentistry**                                              Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

■  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3212__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐  Chapter 7

☐  Chapter 9

■  Chapter 11. *Check **all** that apply*:

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐  No.

■  Yes.

District    **Middle District of Florida**    When    **1/08/24**    Case number    **24-00076-TPG**

District    _____    When    _____    Case number    _____

Debtor    **Stoneybrook Family Dentistry**                                              Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

█    **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Stoneybrook Family Dentistry**                                                Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Stoneybrook Family Dentistry** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 31, 2025**
MM / DD / YYYY

**X** **/s/ Dr. Wendi K. Wardlaw**                                        **Dr. Wendi K. Wardlaw**
Signature of authorized representative of debtor                Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Paul N. Mascia**                                Date **January 31, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Paul N. Mascia 489670**
Printed name

**Nardella & Nardella, PLLC**
Firm name

**135 W. Central Blvd., Ste. 300**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **407-966-2680**          Email address   **pmascia@nardellalaw.com**

**489670 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 31, 2025**          X **/s/ Dr. Wendi K. Wardlaw**
Signature of individual signing on behalf of debtor

**Dr. Wendi K. Wardlaw**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Stoneybrook Family Dentistry** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Denise Chiplock 16214 Davenport Road Winter Garden, FL 34787** | | **wages** | | | | **$1,996.15** |
| **Diane S. Barron 1828 Lochshyre Loop Ocoee, FL 34761** | | **wages** | | | | **$2,100.00** |
| **Florida Dept of Revenue 5050 West Tennesse St Tallahassee, FL 32399** | | **Sales tax** | **Disputed** | | | **$5,000.00** |
| **Highland Capital Corporation 370 Pascack Road Township of Washington, NJ 07676** | | **94224 LightWalker AT-S, Green Aiming Beam, H02-N Hand Piece 96140 Genova HP 91175 PS04 Hand Piece 75520 R30 A Hand Piece 96544  ND TRA** | **Disputed** | **$71,011.52** | **$19,500.00** | **$51,511.52** |
| **Huntington National Bank 8889 Pelican Bay Blvd Naples, FL 34108** | | **Junior blanket lien** | **Disputed** | **$288,000.00** | **$0.00** | **$288,000.00** |
| **Jennifer Montes 4952 Dockside Drive Orlando, FL 32822** | | **wages** | | | | **$1,758.96** |
| **Karen Christian 2444 Hythe Lane Clermont, FL 34711** | | **wages** | | | | **$1,010.48** |

Debtor    **Stoneybrook Family Dentistry**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nicole Rosado 501 Live Oak Ave Haines City, FL 33844** | | wages | | | | **$2,318.15** |
| **Orange County Tax Collector P.O. Box 545100 Orlando, FL 32854** | | tangible personal propery taxes | Disputed | | | **$5,000.00** |
| **Orange County Tax Collector P.O Box 545100 Orlando, FL 32854** | | Medical Office Building 14835 W. Colonial Drive, Winter Garden, FL 34787 Parcel ID #22-22-27-7670-03 -000  Vacant Commercial Land 14845 W. Coloni | | **$16,059.62** | **$2,000,000.00** | **$16,059.62** |
| **Patterson Equipment Finance 1031 Medola Heights Rd Saint Paul, MN 55120** | | Equipment loan | | | | **$21,601.00** |
| **Regions Bank 1900 5th Ave Birmingham, AL 35203** | | Line of credit | | | | **$90,820.66** |
| **Rheanna Battle 13416 Greenpointe Drive Orlando, FL 32824** | | wages | | | | **$1,435.45** |
| **Royal Sky Plaza 1105 Ermine Ave Winter Springs, FL 32708** | | Medical Office Building 14835 W. Colonial Drive, Winter Garden, FL 34787 Parcel ID #22-22-27-7670-03 -000  Vacant Commercial Land 14845 W. Coloni | Disputed | **$28,190.81** | **$2,000,000.00** | **$28,190.81** |
| **Small business Admin 409 3rd St., SW Washington, DC 20416** | | Blanklet lien | | **$150,000.00** | **$61,182.68** | **$88,817.32** |

Debtor  **Stoneybrook Family Dentistry**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Community Bank 125 E. Broad Strret Greenville, SC 29601** | | **Medical Office Building 14835 W. Colonial Drive, Winter Garden, FL 34787 Parcel ID #22-22-27-7670-03 -000** **Vacant Commercial Land 14845 W. Coloni** | | **$2,220,129.92** | **$2,000,000.00** | **$220,129.92** |

**Fill in this information to identify the case:**

Debtor name  **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     **2,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $     **573,305.45**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................... $     **2,573,305.45**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **2,773,391.87**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **25,869.19**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **112,421.66**

4. Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b      $     **2,911,682.72**

**Fill in this information to identify the case:**

Debtor name **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Regions Bank Business Check** | **checking** | **7339** | **$380.49** |
| 3.2. | **Regions Bank Business Checking** | **checking** | **2384** | **$654.10** |
| 3.3. | **Regions Bank Business Checking** | **checking** | **8017** | **$2,148.09** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$3,182.68**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor  **Stoneybrook Family Dentistry**                    Case number *(If known)* _____
        Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:     **290,604.59**   -        **58,121.00**   = ....        **$232,483.59**
        face amount           doubtful or uncollectible accounts

11b. Over 90 days old:     **456,111.18**   -       **219,784.00**   =....        **$236,327.18**
        face amount           doubtful or uncollectible accounts

12.  **Total of Part 3.**                                         **$468,810.77**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**<br>**See Exhibit B-22 for list**<br>of inventory | 1/31/2025 | $14,000.00 | | $14,000.00 |

23.  **Total of Part 5.**                                         **$14,000.00**
Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

Debtor    **Stoneybrook Family Dentistry**
_____    Case number *(If known)* _____
           Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**8 computers with monitors** | **$1,875.00** | **Liquidation** | **$2,000.00** |
| | **8 doctor stools, 2 assistant stools, 2 custom built rear cabinets with Nitrous; 2 custom built rear cabinets without nitrous, 4 custom built top and bottom side cabinets, 1 sterilization cabinet set; 1 lab cabinet; 2 center island cabinets; 4 dental chairs; 6 front room patient chairs and a bench that seats 8-9.** | **$7,812.00** | **Liquidation** | **$7,812.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.   Total of Part 7.**
        Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$9,812.00** |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor   **Stoneybrook Family Dentistry**_____   Case number *(If known)* _____
         <small>Name</small>

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **94224**
      **LightWalker AT-S, Green Aiming Beam, H02-N Hand Piece**
      **96140**
      **Genova HP**
      **91175**
      **PS04 Hand Piece**
      **75520**
      **R30 A Hand Piece**
      **96544  ND TRAY COVER**
      **72561**
      **R14C Tip Sap chis 1.5 X 0.5 X 12**
      **72857**
      **R14C Tip Sap con 1.3 X 0.6 X 12**
      **90334**
      **R14C/D Tip, Qtz Varian, 0.6 X 14.0 RADIAL**
      **84839  R14C/D Tip, Qtz Varian, 0.6 X 14.0  1210 NL/SL 2 Day Training  1202  PHAST 2 Day Training no PIPS**

| | | | |
|---|---|---|---|
| (above line 50 items) | $19,500.00 | Liquidation | $19,500.00 |
| **1 CBCT Scan Machine** | $28,500.00 | Liquidation | $28,500.00 |
| **1 Isolite; 2 US scalers;  1 Belmont X-ray machine; 2 sonic fills; 1 compressor; 1 vacuum; 2 midwest shorty systems; 10 high speed air handpieces; 2 Iris I/O camera; 1 Picasso Diode Laser; 2 Orascoptic loupes; 1 Nike loupe; 1 lumadent loupe; 4 NSK and Star nose cones;1 water bypass system; 1 broken autoclave system; 1 broken ultrasonic cleaner system; 1 heartstart defibrillator; 1 broken model trimmer; 1 drufomat; 1 programat furnace; 1 lab motor; 1 Cerec crown maker; 1 Cerec milling unit; 1 Cerec oven; 4 X-ray sensors; 1 portable niturous; 1 handpiece cleaner; 2 Prophy handpiece systems; for Bien Air electric attachments** | $29,500.00 | Liquidation | $29,500.00 |

51.   **Total of Part 8.**                                                    | $77,500.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

Debtor  **Stoneybrook Family Dentistry**                    Case number *(If known)* _____
          Name

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Medical Office Building 14835 W. Colonial Drive, Winter Garden, FL 34787 Parcel ID #22-22-27-7670-03-000** | | | | |
| **Vacant Commercial Land 14845 W. Colonial Drive, Winter Garden, FL 34787 Parcel ID: 22-22-27-7670-04-000** | Special Warranty Deed | $0.00 | | $2,000,000.00 |

56.     **Total of Part 9.**

          Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.     | $2,000,000.00 |
          Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
          ■ No
          ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

          ☐ No.  Go to Part 11.
          ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites https://www.drwendiw.com** | $0.00 | | Unknown |

62.     **Licenses, franchises, and royalties**

Debtor   **Stoneybrook Family Dentistry**                     Case number *(If known)* _____
         Name

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                    | $0.00
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Stoneybrook Family Dentistry** | Case number *(If known)* | |
| | Name | | |

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,182.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $468,810.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,812.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $77,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $2,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $573,305.45 | + 91b. $2,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,573,305.45 |

**EXHIBIT B-22 Other inventory or supplies**

**Stoneybrook Dental Inventory**

| Item: | Quanity: |
|---|---|
| **Anesthetics** | |
| Citanest plain 4% | 0 |
| Lidocaine 2%1:0,000 | 0 |
| Septocaine | 0 |
| Marcaine | 1/2 box |
| Topical | 3 |
| **Needles** | |
| 30 Gauge needle | 0 |
| 27 Gauge needle | 2 |
| 30 Gauge needle short | 1 |
| **Disposables** | |
| Monoject syringe 3ml | 28 |
| Curved  syringe | 5 |
| Sterilization Pouches 5 1/4x11 | in use |
| Sterilization Pouches 3 1/2 x6 l | in use |
| Sterilization  Pouches 2.7 5x9 | in use |
| Sterilization Pouches 3 1/2 x10 | in use |
| Sterilization Pouches 2 1/2 x10 | in use |
| 2x2 Gauze | 28 |
| 4x4 Gauze | 4 packs |
| Cotton rolls | 1/2 box |
| Cotton tip applicators | 4 packs |
| Dry Angles (Small) | 1/4 box |
| Dry Angles (Large) | 1/4 box |
| Surgical Suctions | 1 1/2 pack |
| HVE's | 2 bags |
| Saliva Ejectors | 1 |
| Paient Bibs | in use |
| **Gloves** | |
| Dr.Gloves | 23 |
| Small | 2 |
| Meduim | 3 |
| Large | 0 |
| Autoclave tape | 1 |
| Traps | 2 1/2 bags |
| Barrier Tape | 2 roll in use |
| **Mask** | |
| Dr.Mask | 9 |

| | |
|---|---|
| Office Mask | 7 |
| Caviwipes | 9 container 1 bottle |
| Tray covers | 1 1/2 |
| Chair covers | 1 box |
| Curing Light Sleeves | 1 box |
| Sensor Sleeve | in use |
| Large | 1 |
| Pedo | 1 |
| Mixing pads | 2 |
| **Restorative** | |
| Flowable Beautiful A1 | 2 in room in use |
| Flowable Beautiful A2 | 2 in room in use |
| Flowable Beautiful A3 | 2 in room in use |
| Flowable Beautiful A3.5 | 0 |
| Flowable Beautiful A4 | 0 |
| **Hard Composite Filtek** | |
| A1 | 1/2 box in use |
| A2 | 1/2 box in use |
| A3 | 1/2 box in use |
| A3.5 | 1 in use |
| A4 | 1/2 in use |
| **Sonic Fill** | |
| A2 | 1/2 box in use in room |
| A3 | 2 |
| Opti Universal prime&Bond | 2 in use |
| Vitrebond | 1 on shelf 2 in use |
| Ionoseal | 3 in use |
| IRM | 2 box in use |
| Wedges | 3 1/2 box |
| Garrisson Bands | 1 box in use |
| Matrix bands | 3 box |
| Clear Matrix Bands | 1 box in use |
| T bands | 1 box in use |
| Etch | 8 syringes |
| Gluma | |
| Articulating paper | 1 box in use |
| **Fixed** | |
| # 00 | 1 bag in use |
| # 1 | 1 bag in use |
| Temp bond | 1/4 box in use |
| Mutilink Translucent Cement | 1/4 tube in use |

| | |
|---|---|
| Mutilink prime&Bond (A,B) | 1 box in use |
| Heavy Body | 1/2 cartridge in use |
| Light Body | 2 carp |
| Bite registration | 2 carp |
| Hemodent | 1/2 bottle in use |
| Retraction caps | 1 box in use |
| Primier Traxodent | 2 tube in use |
| **Impression Trays** | |
| Full arch trays | 1/4 box |
| Half arch trays | 1 box |
| Quadrant trays UL/LR | 1/2 box |
| RCT | 1 |
| Cotton pellets | 1 |
| Formocresol | 1 |
| Hydroclo | 1 1/2 bottle |
| **Tips** | |
| Teal Tips (Impression) | 1/4 box |
| Yellow tips (Impression) | 1/2 box |
| Dark grey tips (flow) | 1/2 box |
| Blue Tips (flowable argentyn) | 1/2 box |
| Penta mixing tip | 1/2 box |
| Cerec | 1 |
| Mantiance oil filter | 1/2 bottle |
| Blue Retractor | 2 |
| White Retractor | 1 |
| Bridge Blocks | 4 |
| Empress | 6 |
| Tessera | 3 |
| Compoiste Blocks | 3 |
| Temp Blocks | 1 |
| Emax Blocks | 7 |
| C14 | |
| Emax Glaze Spray | 1 |
| Universal Glaze Spray | 1 |
| Emax Crystalize pin | 1 |
| Object fix | 1 |
| Cerec Supplies | |
| Lab supplies | |
| Pumice | 1/2 box |
| Lab handpiece | 1 |

| | |
|---|---|
| Retaine Material | 1/2 box |
| Bleach Material | 1/4 box |
| Splint Material | 1 box |
| Lab Stone | 1 box |
| Lab Plaster | 1/2 box |
| Alginate powder | 5 containers |
| Alginate subsitute | 1 box |
| **Oral Surgery** | |
| 2 extraction kits | |
| Ronguers | 2 |
| Bonefile | 1 |
| Ossix Volumax | 1 |
| Collagen membrane | 2 1/2 box |
| Gel foam | 1/4 box |
| Gut sutures | 1 1/2 box |
| Ossix box | 1/4 box |
| Disposable scaples size 15 | 1 box |
| Lab Jackets | 4 packs |
| Implants | 3 |
| Sterile Water | 2 |
| Saline bags | 5 |
| Saline lines | 9 |
| **Hygiene** | |
| Prophy paste | 1 open box |
| Prophy Angles | in shelf in use |
| Toothbrushes | 2 box |
| Goodie bag | 1box |
| Patient floss | 2 box |
| Child floss | 1/2 box in use |
| Child toothbrush | 2 box |
| Oraqix | 1box |
| Threaders (thin & thick) | 1box thick 0 box thin |
| Periogel | 0 |
| Arestin | 1/2 box |
| Office floss | 18 |
| **Vivos Supplies** | |
| Rulers long and cresent shape | 3 in use |
| Blue Bite Stick | 1/2 bag |
| EMA Temp Sleep appliance | 4 |
| Vivos starter kids | 1 1/2 box |
| Vivos Rescue | 1 1/2 box |

| | |
|---|---|
| Vivo Starter | 1/2 box |
| Burs | |
| **Denture** | |
| Denture cases | 6 |
| Fixodent | 1/2 box |
| Denture brush | 8 |
| Retainer Case | 20 |
| Misc Instruments | 100 |
| Basic Set up | 20 |
| Instrumental set up | 6 |
| Isolite core (s) | 10 |
| Isolite Core (L) | 6 |
| Isolite large | 1 box |
| Isolite MDV | 1 box |
| Isolite Med | 2 box |
| Isolite small | 1 box |
| Isolite pedo | 2 box |

**Fill in this information to identify the case:**

Debtor name   **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Highland Capital Corporation** | **Describe debtor's property that is subject to a lien** | $71,011.52 | $19,500.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
94224
**LightWalker AT-S, Green Aiming Beam, H02-N Hand Piece**
96140
**Genova HP**
91175
**PS04 Hand Piece**
75520
**R30 A Hand Piece**
96544  **ND TRAY COVER**
72561
**R14C Tip Sap chis 1.5 X 0.5 X 12**
72857
**R14C Tip Sap con 1.3 X 0.6 X**

**370 Pascack Road Township of Washington, NJ 07676**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**7471**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Huntington National Bank** | **Describe debtor's property that is subject to a lien** | $288,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Junior blanket lien**

**8889 Pelican Bay Blvd Naples, FL 34108**
Creditor's mailing address

**Describe the lien**
_____

Debtor   **Stoneybrook Family Dentistry**                          Case number (if known) _____
       Name

_____

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**2789**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Orange County Tax Collector** | | $16,059.62 | $2,000,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Medical Office Building**
**14835 W. Colonial Drive, Winter Garden, FL 34787**
**Parcel ID #22-22-27-7670-03-000**

**Vacant Commercial Land**
**14845 W. Colonial Drive, Winter Garden, FL 34787**
**Parcel ID: 22-22-27-7670-04-000**

**P.O Box 545100**
**Orlando, FL 32854**
Creditor's mailing address

**Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. United Community Bank**
**2. Orange County Tax Collector**
**3. Royal Sky Plaza**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Royal Sky Plaza** | | $28,190.81 | $2,000,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Medical Office Building**
**14835 W. Colonial Drive, Winter Garden, FL 34787**
**Parcel ID #22-22-27-7670-03-000**

**Vacant Commercial Land**
**14845 W. Colonial Drive, Winter Garden, FL 34787**
**Parcel ID: 22-22-27-7670-04-000**

**1105 Ermine Ave**
**Winter Springs, FL 32708**

| Debtor | **Stoneybrook Family Dentistry** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**202**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.5 | **Small business Admin** | Describe debtor's property that is subject to a lien | $150,000.00 | $61,182.68 |
|---|---|---|---|---|
| | Creditor's Name | **Blanklet lien** | | |

**409 3rd St., SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**
**UCC 202003179192**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **United Community Bank** | Describe debtor's property that is subject to a lien | $2,220,129.92 | $2,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Medical Office Building**<br>**14835 W. Colonial Drive, Winter Garden, FL 34787**<br>**Parcel ID #22-22-27-7670-03-000** | | |

**Vacant Commercial Land**
**14845 W. Colonial Drive, Winter Garden, FL 34787**
**Parcel ID: 22-22-27-7670-04-000**

**125 E. Broad Strret**
**Greenville, SC 29601**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

---

Debtor   **Stoneybrook Family Dentistry**
_____
          Name

Case number (*if known*) _____

**6901**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

3.  | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,773,391.87** |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Small business Admin**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line   _2.5_ | |
| **Small business Admin**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line   _2.6_ | |
| **United Community Bank**<br>**c/o Jason A. Rosenthal, Esq.**<br>**4767 New Broad Street**<br>**Orlando, FL 32814** | Line   _2.6_ | |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Denise Chiplock**<br>**16214 Davenport Road**<br>**Winter Garden, FL 34787** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,996.15** | **$0.00** |
| | Date or dates debt was incurred<br>**Jan 15th to Jan 31st** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Diane S. Barron**<br>**1828 Lochshyre Loop**<br>**Ocoee, FL 34761** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,100.00** | **$0.00** |
| | Date or dates debt was incurred<br>**Jan 15th to Jan 31st** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Stoneybrook Family Dentistry**
_____
Name

Case number (*if known*)    _____

| 2.3 | Priority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**5050 West Tennesse St**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $5,000.00 | $5,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Jennifer Montes**<br>**4952 Dockside Drive**<br>**Orlando, FL 32822** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,758.96 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Jan 15th to Jan 31st** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Karen Christian**<br>**2444 Hythe Lane**<br>**Clermont, FL 34711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,010.48 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Jan 15th to Jan 31st** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Nicole Rosado**<br>**501 Live Oak Ave**<br>**Haines City, FL 33844** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,318.15 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Jan 15th to Jan 31st** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Stoneybrook Family Dentistry**                                    Case number (if known) _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**Orange County Tax Collector**
**P.O. Box 545100**
**Orlando, FL 32854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$5,000.00    $0.00

Date or dates debt was incurred
**2022/2023**

Basis for the claim:
**tangible personal propery taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**Rheanna Battle**
**13416 Greenpointe Drive**
**Orlando, FL 32824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,435.45    $0.00

Date or dates debt was incurred
**Jan 15th to Jan 31st**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
**Wendi K. Wardlaw**
**14835 W. Colonial Drive**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,250.00    $0.00

Date or dates debt was incurred
**Jan 15th to Jan 31st**

Basis for the claim:
**wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

   **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                                                                                   **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: *Check all that apply.*          $21,601.00
**Patterson Equipment Finance**
**1031 Medola Heights Rd**                                       ☐ Contingent
**Saint Paul, MN 55120**                                         ☐ Unliquidated
                                                                 ☐ Disputed
**Date(s) debt was incurred** _2021_
                                                                 Basis for the claim: __Equipment loan__
**Last 4 digits of account number** _5519_
                                                                 Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: *Check all that apply.*          $90,820.66
**Regions Bank**
**1900 5th Ave**                                                 ☐ Contingent
**Birmingham, AL 35203**                                         ☐ Unliquidated
                                                                 ☐ Disputed
**Date(s) debt was incurred** _
                                                                 Basis for the claim: __Line of credit__
**Last 4 digits of account number** _2504_
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stoneybrook Family Dentistry** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">**Part 3:**</div> **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

<div style="background:black;color:white">**Part 4:**</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 25,869.19 |
| **5b. Total claims from Part 2** | 5b. + | $ | 112,421.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 138,290.85 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Medical billing silver plan contact. Contract began 1.24.2025 four month contract** |
| State the term remaining | |
| List the contract number of any government contract | **BillingIS** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** |
| State the term remaining | **Carol C. Bailey** |
| List the contract number of any government contract | **3999 Shadowin Way Gotha, FL 34734** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Contract to perform collection services. Contract began 5.4.2024 terminates upon 30 days written notice.** |
| | **Dental Claim Support Management, LLC 1020 Bryan Woods Loop Unit 7** |
| State the term remaining | **Savannah, GA 31410** |
| List the contract number of any government contract | |

Debtor 1   **Stoneybrook Family Dentistry**                                  Case number *(if known)* _____
         First Name      Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract for Dosimetry (radiation monitoring) Services.  One year contract ends on 4.15.2025** |
| State the term remaining | |
| List the contract number of any government contract | **Dosimetry Services**<br>**104 Union Valley Road**<br>**Oak Ridge, TN 37830** |
| **2.5.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract for IT services. Contract began 4.4.2024. Month to month** |
| State the term remaining | |
| List the contract number of any government contract | **ITIT**<br>**2600 Maitland Center Pkway**<br>**Suite 168**<br>**Maitland, FL 32751** |
| **2.6.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract for Orthodontic Treatment Consulting Services. Contract began on 4.11.2024. Termination is upon agreement or cause.** |
| State the term remaining | |
| List the contract number of any government contract | **On Demand Orthodontist**<br>**Attn: Judd Johns**<br>**PMB 329**<br>**885 Woodstock Rd., #460**<br>**Roswell, GA 30075** |
| **2.7.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract for a CBCD Scan machine. Contract began 10.19.2021.  60 Month Contract.** |
| State the term remaining | |
| List the contract number of any government contract | **Patterson  Dental**<br>**1031 Medola Heights Rd**<br>**Saint Paul, MN 55120** |
| **2.8.**  State what the contract or lease is for and the nature of the debtor's interest | **Lessee of storage unit on a monthly basis.** |
| State the term remaining | |
| List the contract number of any government contract | **Stoneybrook West Storage**<br>**1650 Avalon Road**<br>**Winter Garden, FL 34787** |

**Fill in this information to identify the case:**

Debtor name    **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Outline Construction, Inc** | | **United Community Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Royal Sky Plaza** | 1105 Ermine Ave<br>Winter Springs, FL 32708 | **United Community Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Wendi K. Wardlaw** | 14835 West Colonial Drive<br>Winter Garden, FL 34787 | **United Community Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Stoneybrook Family Dentistry**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | $92,918.74 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | $1,011,151.06 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | $704,885.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Stoneybrook Family Dentistry**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Highland Capital Corporation**<br>**370 Pascack Road**<br>**Township of Washington, NJ 07676** | 10/22/2024<br>$2700<br>11/21/2024<br>$2700<br>12/24/2024<br>$2700 | $8,100.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **United Community Bank v Life Conduit, LLC, Stoneybrook Family Dentistry, PA, Wholistic Wellness Center of Winter Garden, LLC Wholistic Dental Care of Winter Garden, LLC, Wendi Wardlaw; Royal Sky Plaza Association and Outline Construction, Inc. 2023-CA-16721-O** | | **Orange County Circuit Court**<br>**425 N. Orange Ave**<br>**Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Stoneybrook Family Dentistry | Case number (if known) | |
|---|---|---|---|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nardella & Nardella, PLLC**<br>**135 W. Central Blvd**<br>**Suite 300**<br>**Orlando, FL 32801** | **Attorney Fees** | **12/30/2024**<br>**$7,500**<br>**1/13/2025**<br>**$40,000** | **$47,500.00** |
| | Email or website address<br>**pmascia@nardellalaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor **Stoneybrook Family Dentistry** _____  Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<div style="background:black;color:white;display:inline-block">**Part 7:**</div>  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **15502 Stoneybrook West Pkwy Suite 126 Winter Garden, FL 34787** | **2/2008 to 6/2023** |

<div style="background:black;color:white;display:inline-block">**Part 8:**</div>  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care 7500 |
|---|---|---|
| 15.1. **Stoneybrook Family Dentistry 14835 West Colonial Winter Garden, FL 34787** | **Dental care and sleep apnea** | |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Onsite** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
|---|---|---|

<div style="background:black;color:white;display:inline-block">**Part 9:**</div>  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<div style="background:black;color:white;display:inline-block">**Part 10:**</div>  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Stoneybrook Family Dentistry** _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | XXXX-5251 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 3/27/2024 Transferred to Regions.** | $2,919.51 |
| 18.2. | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | XXXX-5748 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 3/36/2024 Transferred to Regions.** | $60.33 |
| 18.3. | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | XXXX-1345 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on 3/26/2024 transferred to Regions account** | $2.10 |
| 18.4. | Bank of America | XXXX-5751 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on 3/26/2024 Transferred to Regions.** | $2.10 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Stoneybrook West Storage<br>1650 Avalon Road<br>Winter Garden, FL 34787** | **Dr. Wendi K. Wardlaw** | **old computers, patient charts, holiday decorations** | ☐ No<br>■ Yes |

Debtor    **Stoneybrook Family Dentistry**                                      Case number *(if known)*


**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dental Claim Support Management, LLC 1020 Bryan Woods Loop Unit 7 Savannah, GA 31410** | **Stoneybrook Family Dentistry 14835 W. Colonial Drive Winter Garden, FL 34787** | **Laptop, Scanner, mini computer** | **Unknown** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

Debtor   **Stoneybrook Family Dentistry** _____   Case number _(if known)_ _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Yvette Anderson**<br>**Mobile Financial Services**<br>**409 Montgomery Rd**<br>**Suite 131**<br>**Altamonte Springs, FL 32714** | **Bookkeeper and preparation of 2023 income tax return** |
| 26a.2. **Michael P. Demeola**<br>**Michael P. Demeola, PA**<br>**107 NE 1st Ave**<br>**Ocala, FL 34470** | **Preparation of 2022 income tax return** |
| 26a.3. **Dr. Wendy K. Wardlaw**<br>**14835 West Colonial Drive**<br>**Winter Garden, FL 34787** | **5/23/2007 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wendi K. Wardlaw** | **14835 West Colonial Drive**<br>**Winter Garden, FL 34787** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

| Debtor | Stoneybrook Family Dentistry | Case number *(if known)* | |
|---|---|---|---|

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dr. Wendi K. Wardlaw | 118,250.00 wages from Feb 2025 to Jan 2025 | Bimonthly | See attached payroll detail |
| | **Relationship to debtor**<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 31, 2025__

| /s/ Dr. Wendi K. Wardlaw | Dr. Wendi K. Wardlaw |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

## Payroll Details

| Description | Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Pay Frequency: Semimonthly** | | | | | | | | | | |
| **Employee: Wardlaw, Wendi K** | | | | SSN: xxx-xx-5050 | | | | | | |
| Hourly | 0.00 | | 118,250.00 | FED FIT | 19,214.62 | ADP RS | 3,427.50 | 86,561.75 | FED SOCSEC-ER | 7,331.50 |
| | 0.00 | | 118,250.00 | FED SOCSEC | 7,331.50 | employee | | | FED MEDCARE-ER | 1,714.74 |
| | | | | FED | 1,714.63 | before-tax % | | | FED FUTA | 48.00 |
| | | | | MEDCARE | | | | | FL SUI-ER | 56.55 |
| | | | | | | | 3,427.50 | | ADP RS employer | 2,110.00 |
| | | | | | 28,260.75 | | | | match | |
| | | | | | | | | | | 11,260.79 |

Check Date: 02/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,052.10

Check Date: 02/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,052.09

Check Date: 03/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,052.10

Check Date: 03/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,052.09

Check Date: 04/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,052.10

Check Date: 04/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,698.87

Check Date: 05/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.28

Check Date: 05/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.27

Check Date: 05/31/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.28

Check Date: 06/14/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.27

Check Date: 07/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.28

Check Date: 07/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.27

Check Date: 08/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.28

Check Date: 08/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,250.99

Check Date: 08/30/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.28

Check Date: 09/13/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.27

Check Date: 10/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.28

Check Date: 10/16/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $2,723.37

Check Date: 11/01/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,938.27

Check Date: 11/15/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,658.98

Check Date: 11/29/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,658.97

Check Date: 12/13/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,658.98

Check Date: 12/31/2024 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,658.97

Check Date: 01/15/2025 / Direct Deposit / Checking / Account No: XXXXXX7969 $3,671.11

| **Pay Frequency Totals: Semimonthly** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 0.00 | | $118,250.00 | FED FIT | $19,214.62 | ADP RS | $3,427.50 | $86,561.75 | FED SOCSEC-ER | $7,331.50 |
| | 0.00 | | $118,250.00 | FED SOCSEC | $7,331.50 | employee | | | FED MEDCARE-ER | $1,714.74 |
| | | | | | | before-tax % | | | FED FUTA | $48.00 |

Company: Stoneybrook Family Dentistry PA

Check dates from: 2/1/2024 - Payroll 1 to: 1/15/2025 - Payroll 1

Pay Period from: 01/01/2024 to: 12/31/2024

1 of 2

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | FED MEDCARE | $1,714.63 $28,260.75 | | $3,427.50 | | FL SUI-ER ADP RS employer match | $56.55 $2,110.00 |
| | | | | | | | | | | $11,260.79 |
| **Total Employees - Semimonthly: 1** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| Hourly | 0.00 0.00 | | $118,250.00 $118,250.00 | FED FIT FED SOCSEC FED MEDCARE | $19,214.62 $7,331.50 $1,714.63 $28,260.75 | ADP RS employee before-tax % | $3,427.50 $3,427.50 | $86,561.75 | FED SOCSEC-ER FED MEDCARE-ER FED FUTA FL SUI-ER ADP RS employer match | $7,331.50 $1,714.74 $48.00 $56.55 $2,110.00 |
| | | | | | | | | | | $11,260.79 |
| **Total Employees - Company: 1** | | | | | | | | | | |

Company: Stoneybrook Family Dentistry PA
Check dates from: 2/1/2024 - Payroll 1 to: 1/15/2025 - Payroll 1
Pay Period from: 01/01/2024 to: 12/31/2024

2  of  2

Date Printed: 01/28/2025 07:46
23916163 - K1/QI5

# United States Bankruptcy Court
## Middle District of Florida

In re    **Stoneybrook Family Dentistry**                                        Case No.
                                        Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wendi K. Wardlaw**<br>**14835 West Colonial Drive**<br>**Winter Garden, FL 34787** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **January 31, 2025**                              Signature    **/s/ Dr. Wendi K. Wardlaw**
                                                                        **Dr. Wendi K. Wardlaw**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Stoneybrook Family Dentistry**_____   Case No. _____

_____   Chapter   **11**_____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **January 31, 2025**_____        **/s/ Dr. Wendi K. Wardlaw**_____

                                                **Dr. Wendi K. Wardlaw/President**
                                                Signer/Title

Stoneybrook Family Dentistry
14835 West Colonial Drive
Winter Garden, FL 34787

Highland Capital Corporation
370 Pascack Road
Township of Washington, NJ 07676

Outline Construction, Inc

Paul N. Mascia
Nardella & Nardella, PLLC
135 W. Central Blvd., Ste. 300
Orlando, FL 32801

Huntington National Bank
8889 Pelican Bay Blvd
Naples, FL 34108

Patterson Dental
1031 Medola Heights Rd
Saint Paul, MN 55120

BillingIS

ITIT
2600 Maitland Center Pkway
Suite 168
Maitland, FL 32751

Patterson Equipment Finance
1031 Medola Heights Rd
Saint Paul, MN 55120

Carol C. Bailey
3999 Shadowin Way
Gotha, FL 34734

Jennifer Montes
4952 Dockside Drive
Orlando, FL 32822

Regions Bank
1900 5th Ave
Birmingham, AL 35203

Denise Chiplock
16214 Davenport Road
Winter Garden, FL 34787

Karen Christian
2444 Hythe Lane
Clermont, FL 34711

Rheanna Battle
13416 Greenpointe Drive
Orlando, FL 32824

Dental Claim
Support Management, LLC
1020 Bryan Woods Loop
Unit 7
Savannah, GA 31410

Nicole Rosado
501 Live Oak Ave
Haines City, FL 33844

Royal Sky Plaza
1105 Ermine Ave
Winter Springs, FL 32708

Diane S. Barron
1828 Lochshyre Loop
Ocoee, FL 34761

On Demand Orthodontist
Attn: Judd Johns
PMB 329
885 Woodstock Rd., #460
Roswell, GA 30075

Small business Admin
409 3rd St., SW
Washington, DC 20416

Dosimetry Services
104 Union Valley Road
Oak Ridge, TN 37830

Orange County Tax Collector
P.O Box 545100
Orlando, FL 32854

Stoneybrook West Storage
1650 Avalon Road
Winter Garden, FL 34787

Florida Dept of Revenue
5050 West Tennesse St
Tallahassee, FL 32399

Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854

United Community Bank
125 E. Broad Strret
Greenville, SC 29601

United Community Bank
c/o Jason A. Rosenthal, Esq.
4767 New Broad Street
Orlando, FL 32814


Wendi K. Wardlaw
14835 W. Colonial Drive
Winter Garden, FL 34787


Wendi K. Wardlaw
14835 West Colonial Drive
Winter Garden, FL 34787

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Stoneybrook Family Dentistry**                                    Case No. _____
                                    Debtor(s)                    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .............................................    $             **47,000.00**

     Prior to the filing of this statement I have received ............................    $             **47,000.00**

     Balance Due ........................................................................................    $                    **0.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor        ■ Other (specify):      **$7,500 paid by Dr. Wendi Wardlaw**
                                              **$40,000 paid by Debtor**

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **advise and counsel the debtor-in possession concerning the operation of its business in compliance with**
         **Chapter 11 and orders of this court;**
         **defend any causes of action on behalf of the debtor-in-possession;**
         **prepare, on behalf of the debtor-in-possession, all necessary applications, motions, reports, and other legal**
         **papers in the Chapter 11 case;**
         **assist in the formulation of a plan of reorganization and preparation of a disclosure statement**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 31, 2025**                                    **/s/ Paul N. Mascia**
*Date*                                                  **Paul N. Mascia 489670**
                                                        *Signature of Attorney*
                                                        **Nardella & Nardella, PLLC**
                                                        **135 W. Central Blvd., Ste. 300**
                                                        **Orlando, FL 32801**
                                                        **407-966-2680  Fax: 407-966-2681**
                                                        **pmascia@nardellalaw.com**
                                                        *Name of law firm*